UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

Case No. 07-CR-20395

vs.

HON. GEORGE CARAM STEEH

D-1   MOHAMMAD GHAZI ABU-GHUSSON,

       Defendant.
_____/

## ORDER DENYING EMERGENCY MOTION FOR STAY OF REPORTING DATE

Defendant having requested a postponement of his reporting date of April 7, 2009, and the Court having had the request reviewed by the Pretrial Services Officer; and the Court being advised that Pretrial Services was unable to verify the employment opportunity stated in the motion, now therefore

IT IS HEREBY ORDERED that Defendant's Emergency Motion for Stay of Reporting Date [28] is hereby DENIED.

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

Dated: April 3, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on April 3, 2009, by electronic and/or ordinary mail.

                                        s/Marcia Beauchemin
                                        Case Manager/Deputy Clerk